IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE BARCLAY WALLACE,<br><br>Defendant. | CR 22-29-M-DWM<br><br>ORDER |

The United States having moved unopposed to dismiss the indictment in this matter,

IT IS ORDERED that the motion (Doc. 23) is GRANTED. The Indictment (Doc. 1) is DISMISSED. All deadlines and hearings are VACATED. The June 10, 2024 trial is VACATED.

DATED this 21st day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court